JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE RUDDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRESH & EASY NEIGHBORHOOD MARKET, INC.; MOULTON PLAZA LLC and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 8:11-cv-1900 JST (MLGx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT FRESH & EASY NEIGHBORHOOD MARKET INC.** |

1  The Court having granted **FRESH & EASY NEIGHBORHOOD MARKET
2  INC.** ("Defendant")'s Motion for Summary Judgment, or in the alternative, Summary
3  Adjudication as to Plaintiff's federal claims and having dismissed Plaintiff's state law
4  claims without prejudice, **JUDGMENT** is hereby entered in favor of Defendant on
5  Defendant's federal claims.

Dated:  March 14, 2013                         _____
                                                United States District Judge
                                                Honorable Josephine Staton Tucker